UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUGLAS NITCH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 08-cv-77-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Douglas Nitch's **petition for a writ of *habeas corpus*/ motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255** is denied, that judgment is entered in favor of respondent **United States of America** and against petitioner Douglas Nitch, and that this case is dismissed with prejudice.

**DATED:  February 20, 2009**　　　　　　　**Keenan G. Casady, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**